CHAD HATFIELD
Attorney at Law
Hatfield Law, PLLC
8131 W Klamath Ct, Ste D
Kennewick, WA 99336
Telephone: (509) 378-3696
Fax: (855) 945-0946
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN VORHIES,<br><br>    Plaintiff,<br><br>vs.<br><br>LELUND DUDEK,<br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. 2:22-cv-00402-HZ<br><br>ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

Plaintiff was awarded at least $89,315 in backpay. Twenty-five percent of the backpay is $22,328.75. Counsel for Plaintiff will petition for §406(a) administrative fees from the Social Security Administration on this claim in the amount of $7,541.90, and has previously been awarded EAJA attorney fees from this Court in the amount of $7,541.90.

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-1

This Court finds that §406(b) attorney fees in the amount of $22,328.75 are a reasonable attorney fee and hereby awards Chad Hatfield, attorney for plaintiff, §406(b) attorney fees in the amount of $22,328.75. An offset of $7,541.90 for EAJA attorney fees will be taken leaving a net §406(b) payable to Mr. Hatfield of $14,786.85 to the address listed below:

>   Chad Hatfield
>   Hatfield Law, PLLC
>   8131 W Klamath Ct, Ste D
>   Kennewick, WA 99336

It is hereby ORDERED that §406(b) attorney fees are awarded to Mr. Hatfield in the amount of $22,328.75 and plaintiff is due an offset of $7,541.90 for previously paid EAJA fees, leaving a net attorney fee due Mr. Hatfield of $14,786.85.

IT IS SO ORDERED this __25__ day of ____April____, 20_25_.

_____
MARCO A. HERNANDEZ
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)-2